**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 02-7838**

---

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

EDWARD ROBINSON,

                              Defendant - Appellant.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.  Frederick P. Stamp, Jr.,
District Judge.  (CR-98-12, CA-99-130-5)

---

Submitted:  March 6, 2003          Decided:  March 18, 2003

---

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Edward Robinson, Appellant Pro Se.  Samuel Gerald Nazzaro, Jr.,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Edward Robinson seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have independently reviewed the record and conclude that Robinson has not made a substantial showing of the denial of a constitutional right. Accordingly, we deny a certificate of appealability and dismiss the appeal. See Miller-El v. Cockrell, ___ U.S. ___, 2003 WL 431659 (U.S. Feb. 25, 2003) (No. 01-7662), at *10; 28 U.S.C. § 2253(c) (2000). We also deny Robinson's motion to hold the case in abeyance. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2